UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CPC PLASTICS, INC., Plaintiff ) | CA 06 452 S C.A. No. |
| v. ) | |
| KENNETH E. BRYAN, Alias, d/b/a BRYANCO and BRYANCO, LLC, Defendants ) | |

**NOTICE OF REMOVAL**

Defendants Kenneth E. Bryan ("Bryan") and Bryanco, LLC ("Bryanco") file this Notice of Removal pursuant to 28 U.S.C. § 1446.

1. On or about September 7, 2006, plaintiff CPC Plastics, Inc. initiated this action in Providence County Superior Court. Plaintiff asserts claims for "book account" and breach of contract against defendants, seeking damages in the amount of two hundred twenty-three thousand dollars ($223,000), plus "interest costs" and attorney fees. A copy of plaintiff's Superior Court complaint is appended hereto as Exhibit A.

2. On or about September 8, 2006, plaintiff filed a motion to transfer venue of the case to Kent County Superior Court. The Court granted the motion and entered an order transferring the case to Kent County Superior Court ("Superior Court") the same day.

3. The Superior Court complaint and summons were served on Bryan by mailing by certified mail addressed to his home address in Springport, Michigan, on September 18, 2006.

4. Plaintiff and defendants have agreed that defendants may have up to and including November 15, 2006 to respond to the complaint.

5. Defendants have filed no pleadings in Superior Court.

6. The complaint alleges that plaintiff is a Rhode Island resident.

7. The complaint alleges that Bryan is a Michigan resident.

8. The complaint alleges that Bryanco is a Michigan resident.

9. Plaintiff seeks damages and other relief in excess of seventy-five thousand dollars ($75,000).

10. This Court has diversity jurisdiction over this case pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds seventy-five thousand dollars ($75,000) and the parties are citizens of different states.

11. This Notice of Removal is being filed within the time period required by 28 U.S.C. § 1446(b); specifically, it is hereby filed "within thirty days after receipt by defendant, through service or otherwise, of a copy of an amended pleading, motion or other paper from which it may first be ascertained that the case is one which is or has become removable . . . ."

12. Written notice of the filing of this Notice of Removal will be given to the adverse party as required by law.

13. A true and correct copy of this Notice of Removal will be promptly filed with the Clerk of the Kent County, Rhode Island, Superior Court.

14. Defendants reserve all defenses, including, but not limited to, insufficiency of service of process and failure to state a claim upon which relief can be granted.

WHEREFORE, defendants Bryan and Bryanco pray that this action stand removed from the Kent County Superior Court of Rhode Island to this Court.

Timothy M. Bliss

Brooks R. Magratten, Esq., #3585
Timothy M. Bliss, Esq., #6228
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
tbliss@vetterandwhite.com

Dated: October 13, 2006

**CERTIFICATE OF SERVICE**

To:

Gerard M. DeCelles, Esq.
1536 Westminster Street
Providence, RI 02909

I hereby certify that I served on the above-named counsel of record a copy of the within Notice of Removal by mailing first class mail, postage prepaid, on the 13th day of October, 2006.

Lisa A Laruuve