1536 Westminster Street
Providence, Rhode Island 02909
401-272-8998
Fax 401-272-4907

**GERARD M. DeCELLES**
*Attorney at Law*

September 18, 2006

Kenneth E. Bryan, d/b/a Bryanco
16212 M-50
Springport MI 49824

Re: *CPC Plastics v. Kenneth e. Bryan Alias d/b/a Bryanco and Bryanco, LLC*

Dear Mr. Bryan:

Enclosed please find the Summons and Complaint, being served upon you pursuant to the provisions of R.I. Superior Court Rule 4(f). Please be guided accordingly.

Very truly yours,

Gerard M. DeCelles

GMD/cd
Enc.

Sent by Certified Mail
Return Receipt Requested

m100-401/6

# State of Rhode Island and Providence Plantations
## SUPERIOR COURT

[ ] PROVIDENCE/BRISTOL [x] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No KC06-849

CPC PLASTICS, INC.
Plaintiff

KENNETH E. BRYAN, Alias d/b/a BRYANCO and BRYANCO, LLC
Defendants

## *Summons*

*To the above-named Defendant:* KENNETH E. BRYAN, ALIAS, DBA BRYANCO

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon GERARD M. DECELLES Plaintiff's attorney, whose address is 1536 WESTMINSTER STREET PROVIDENCE RI 02909 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature]
CLERK

Dated: ....................

(Seal of the Superior Court)

S- 135 (REV. 10/00)

# State of Rhode Island and Providence Plantations

............................................,SC

## PROOF OF SERVICE

I hereby certify that on the ........................................ day of ........................................ I served a copy of this summons and a copy of the complaint received therewith upon ........................................

........................................................................................................................................

in the following manner:

By delivering a copy of the summons and complaint to him/her personally.

By leaving a copy of the summons and complaint at his/her dwelling house, ........................................

........................................................................................, with a person of suitable age and discretion then residing therein.
(Address)

By leaving a copy of the summons and complaint at his/her usual place of abode, ........................................

........................................................................................, with a person of suitable age and discretion then residing therein.

By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely ........................................

such agent being one designated by statute to receive service, further notice as statute requires was given as follows:

........................................................................................................................................

........................................................................................................................................

........................................................................................................................................

Sheriff's Fees

Travel ........................ $........................

Service ........................ $........................

$........................

........................................
Deputy Sheriff

CIVIL ACTION

VS

KENNETH E. BRYAN, ALIAS
DBA BRYANCO AND BRYANCO, LLC

ATTORNEY FOR PLAINTIFF

Serve Kenneth E. Bryan at:
16212 M-50
Springport MI 49824

NOTE: Returnable to Plaintiff's Attorney forthwith after service. Proof of service to be filed within time during which the person served must respond.

**STATE OF RHODE ISLAND**
**COUNTY OF KENT, SC.**

**SUPERIOR COURT**

**CPC PLASTICS, INC.**
**Plaintiff**

**v.**

**C.A. NO:** KC 06-849

**KENNETH E. BRYAN, Alias, d/b/a**
**BRYANCO and BRYANCO, LLC.**
**Defendant**

**COMPLAINT**

1. Plaintiff CPC Plastics, Inc. (hereinafter CPC) is a corporation duly organized and existing under the laws of the State of Rhode Island and having its principal place of business in the Town of West Warwick.

2. Defendant Kenneth E. Bryan, Alias, upon information and belief, is a resident of the municipality of Springport, State of Michigan and does business under the fictitious name "Bryanco".

3. Defendant Bryanco, LLC, upon information and belief, is a limited liability company in the State of Michigan.

**JURISDICTION**

4. Defendants Kenneth E. Bryan, Alias, d/b/a and Bryanco, LLC have sufficient minimum contracts within the State of Rhode Island so as to confer jurisdiction pursuant to CL (1956) § 9-5-33. Jurisdiction and venue are also found in the agreement between the parties.

**COUNT I**
**(Book Account)**

5. On or about August 9, 2005, Plaintiff CPC and Defendants Kenneth E. Bryan, Alias, d/b/a and Bryanco, LLC entered into a "Technical Consulting Services Agreement"(so-called).

6. Defendants Kenneth E. Bryan, Alias d/b/a and Bryanco LLC are indebted to Plaintiff CPC in the sum of Two Hundred Twenty-three Thousand ($223,000) Dollars on book account.

7. Defendants Kenneth E. Bryan, Alias d/b/a and Bryanco LLC are indebted to Plaintiff CPC in the sum of Two Hundred Twenty-three Thousand ($223,000) Dollars on account stated.

**COUNT II**
**(Breach of Contract)**

8. Plaintiff hereby re-alleges paragraphs 1 through 7 inclusive of this Complaint, as if set forth herein verbatim.

9. Defendants Kenneth E. Bryan, Alias d/b/a and Bryanco, LLC have breached their contract to pay Plaintiff.

10. Defendants Kenneth E. Bryan, Alias d/b/a and Bryanco, LLC have neglected, failed, or refused to make payment to Plaintiff pursuant to the contract between the parties.

**WHEREFORE,** Plaintiff CPC Plastics, Inc. demands judgment against Kenneth E. Bryan, Alias, d/a/b Bryanco and Bryanco, LLC, individually, jointly and severally, in the sum of Two Hundred Twenty-three Thousand ($223,000) Dollars, plus interest costs and attorney fees for the prosecution of this action.

**CPC PLASTICS, INC.**
**Plaintiff**
By their attorney,

Gerard M. DeCelles, #1394
1536 Westminster Street
Providence, RI 02909
Tel (401) 272-8998
Fax (401) 272-4907

m100-401/2