UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CPC PLASTICS, INC., | ) | |
| Plaintiff | ) | C.A. No. |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH E. BRYAN, Alias, d/b/a | ) | |
| BRYANCO and BRYANCO, LLC, | ) | |
| Defendants | ) | |

**ENTRY OF APPEARANCE**

Brooks R. Magratten and Timothy M. Bliss hereby enter their appearances on behalf of defendants Kenneth E. Bryan and Bryanco, LLC in the captioned matter.

Pursuant to LR Gen 206(c)(1), Timothy M. Bliss may be designated as attorney to receive notices sent to any attorneys at Vetter & White in the captioned matter.

Defendants intend to file a motion to admit Daniel A. Richards, Esq. pro hac vice in the captioned matter. Subject to the Court's granting of said motion, Attorney Richards shall be designated lead counsel pursuant to LR Gen 206(d).

Timothy M. Bliss

Brooks R. Magratten, Esq., #3585
Timothy M. Bliss, Esq., #6228
VETTER & WHITE
Attorneys for Defendants
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
tbliss@vetterandwhite.com

Dated: October 13, 2006

**CERTIFICATE OF SERVICE**

To:

Gerard M. DeCelles, Esq.
1536 Westminster Street
Providence, RI 02909

I certify that I served on the above-named counsel of record a copy of the within Entry of Appearance by mailing first class mail, postage prepaid, on the 13th day of October, 2006.

Lisa A. Lariviere