UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CPC PLASTICS, INC., | ) | |
| Plaintiff | ) | C.A. No. |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH E. BRYAN, Alias, d/b/a | ) | |
| BRYANCO and BRYANCO, LLC, | ) | |
| Defendants | ) | |

## RULE 7.1 STATEMENT OF DEFENDANT

Pursuant to Fed. R. Civ. P. 7.1, defendant Bryanco, LLC, a limited liability company, states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

This statement is filed in duplicate as required by Rule 7.1.

Timothy M. Bliss

Brooks R. Magratten, Esq., #3585
Timothy M. Bliss, Esq., #6228
VETTER & WHITE
Attorneys for Defendants
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
tbliss@vetterandwhite.com

Dated: October 13, 2006

**CERTIFICATE OF SERVICE**

To:

Gerard M. DeCelles, Esq.
1536 Westminster Street
Providence, RI 02909

I certify that I served on the above-named counsel of record a copy of the within Rule 7.1 Statement by mailing first class mail, postage prepaid, on the 13th day of October, 2006.

Lisa A. Lariviere