STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

CA06-4525

Case ID: KC-2006-0849 CPC PLASTICS V KENNETH E BRYAN

Filing Date: 09-14-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: CONTRACT DAMAGES
Status Date: 10-13-2006

Plaintiff: CPC PLASTICS INC.
ID: @10861385

Attorney: GERARD DECELLES

Defendant: KENNETH BRYAN
ID: @10861386

## Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 09-07-2006 | COMPLAINT FILED | |
| 09-07-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP233350. |
| 09-08-2006 | ORDER ENT'D FOR CHANGE OF VEN | FORTUNATO,J - GRANTED |
| 09-14-2006 | OTHER DOCUMENT | CASE RECEIVED FROM PSC ON CHANGE OF VENUE-PC-2006-4709. & TRANSFERRED TO KSC--KC-06-849. |
| 10-13-2006 | NOTICE OF REMOVAL | Affiliated: BRYAN, KENNETH E |
| 10-13-2006 | JUDGMENT ENTERED DURING DISCOV | |
| 10-13-2006 | CASE REMVD TO US DISTRICT CT | |

True Copy Attest

Office of Clerk Superior Court
County of Kent
Warwick, Rhode Island