UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CPC PLASTICS, INC., | ) | |
| Plaintiff | ) | C.A. No.: 06-452/S |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH E. BRYAN, Alias, d/b/a | ) | |
| BRYANCO and BRYANCO, LLC, | ) | |
| Defendants | ) | |

**MOTION OF DEFENDANTS FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants Kenneth E. Bryan and Bryanco, LLC move pursuant to Local Rules of Civil Procedure 7(a) and 29(b) for an extension of time up to and including November 15, 2006 in which to file their answer or otherwise respond to plaintiff's complaint.

In support of this motion, defendants state that on or about October 10, 2006, while this case was pending in the Rhode Island Superior Court, counsel for plaintiff granted defendants an extension of time through November 15, 2006 in which to file their answer or otherwise respond to plaintiff's complaint. Defendants thereafter mailed a stipulation to plaintiff's counsel regarding the extension, but he failed to execute and return it. Plaintiff's counsel has failed to respond to several requests to return the executed stipulation, but has not rescinded his agreement to the extension.

WHEREFORE, defendants respectfully request that the Court grant their motion for an extension of time to answer or otherwise respond to plaintiff's complaint.

/s/ Timothy M. Bliss ____________
Brooks R. Magratten, Esq., #3585
bmagratten@vetterandwhite.com
Timothy M. Bliss, Esq., #6228
tbliss@vetterandwhite.com
VETTER & WHITE
Attorneys for Defendants
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 *fax*

Dated: November 9, 2006

**CERTIFICATE OF SERVICE**

To:

Gerard M. DeCelles, Esq.
1536 Westminster Street
Providence, RI 02909

I hereby certify that I electronically filed the within Motion of Defendants For Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint on November 9, 2006. The Motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above listed counsel of record has been effectuated by electronic means.

/s/ Timothy M. Bliss ______________.