**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CPC PLASTICS, INC.**
**Plaintiff**

**v.** **C.A. NO: 06-452/S**

**KENNETH E. BRYAN, Alias, d/b/a**
**BRYANCO and BRYANCO, LLC.**
**Defendant**

**v.**

**CLINTON P. COWEN**
**78 West Shore Drive**
**Exeter, Rhode Island 02822**
**Third-Party Defendant**

## ANSWER TO THIRD PARTY COMPLAINT BY CLINTON P. COWEN

## JURISDICTION

1. Admitted.

2. Denied.

3. Denied.

4. Denied.

**FIRST CLAIM FOR RELIEF**
**(Fraud)**

5. Denied.

6. Denied.

7. Denied.

8. Neither admitted nor denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13.

**SECOND CLAIM FOR RELIEF**
**(Piercing the Corporate Veil)**

14. Denied.

15. Denied.

16.

**AFFIRMATIVE DEFENSES**

1. Defendants and Third Party Plaintiffs fail to state a cause of action upon which relief can be granted.

2. Third Party Defendant reserves the right to allege further affirmative defenses as the circumstances then prevailing may warrant.

**WHEREFORE,** Third Party Defendant **CLINTON P. COWEN** demands judgment as against Defendant and Third-Party Plaintiff and for its costs, including attorney fees for the defense of this action.

**CLINTON P. COWEN**
By his attorney,

Gerard M. DeCelles, #1394
1536 Westminster Street
Providence, RI 02909
Tel (401) 272-8998
Fax (401) 272-4907

**CERTIFICATION**

To: Timothy M. Bliss, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

I hereby certify that a true copy of the within was mailed to counsel, first-class, postage pre-paid, on this 6th day of Dec, 2006.