**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CPC PLASTICS, INC.**
**Plaintiff**

**v.** **C.A. NO: 06-452/S**

**KENNETH E. BRYAN, Alias, d/b/a**
**BRYANCO and BRYANCO, LLC.**
**Defendant**

**v.**

**CLINTON P. COWEN**
**78 West Shore Drive**
**Exeter, Rhode Island 02822**
**Third-Party Defendant**

## PLAINTIFF'S REPLY TO DEFENDANTS' COUNTERCLAIM

1. Neither admitted nor denied.

2. Neither admitted nor denied.

3. Admitted.

4. Denied.

5. Denied.

**FIRST CLAIM FOR RELIEF**
**(Anticipatory Repudiation, Breach of Contract)**

6. Plaintiff admits the genuineness of Exhibit A, and neither admit nor deny the remaining allegations, leaving Defendants to their proof.

7. Denied.

8. Neither admitted nor denied.

9. Denied.

10. Neither admitted nor denied.

11. Denied.

12. Neither admitted nor denied.

13. Neither admitted nor denied.

14. Neither admitted nor denied.

15. Neither admitted nor denied.

16. Neither admitted nor denied.

17. Neither admitted nor denied.

18. Neither admitted nor denied.

19. Neither admitted nor denied.

20. Neither admitted nor denied.

21. Neither admitted nor denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

**AFFIRMATIVE DEFENSES**

1. Defendants and Counterclaim Plaintiffs fail to state a cause of action upon which relief can be granted.

2. Plaintiff reserves the right to allege further affirmative defenses as the circumstances then prevailing may warrant.

**WHEREFORE,** Plaintiff and Counterclaim Defendants renew their demand for judgment as against Defendants and Counterclaim Plaintiffs and for their costs, including attorney fees for the defense of this Counterclaim.

**CPC PLASTICS, INC.**
**Plaintiff**
By their attorney,

Gerard M. DeCelles, #1394
1536 Westminster Street
Providence, RI 02909
Tel (401) 272-8998
Fax (401) 272-4907

**CERTIFICATION**

To: Timothy M. Bliss, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

I hereby certify that a true copy of the within was mailed to counsel, first-class, postage pre-paid, on this 6th day of Dec, 2006.

[signature]

rn100-401/12