UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CPC PLASTICS, INC.,
Plaintiff

v.

KENNETH E. BRYAN, Alias, d/b/a
BRYANCO and BRYANCO, LLC,
Defendants

v.

CLINTON P. COWEN,
Third-party Defendant

C.A. No. 06-452/S

**NOTICE TO TAKE DEPOSITION**

PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 30, defendant Bryanco, LLC will take the deposition upon oral examination of Donald J. Lesieur on the 30th day of May, 2007, at 9:30 a.m. before a notary public or other qualified officer at the offices of Vetter & White, 20 Washington Place, Providence, Rhode Island, and the deposition shall continue until completed as the taking thereof may be from time to time adjourned. You are invited to attend and cross-examine.

/s/ Timothy M. Bliss

Brooks R. Magratten, Esq., #3585
Timothy M. Bliss, Esq., #6228
VETTER & WHITE
Attorneys for Defendants and Third-party Plaintiffs
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
tbliss@vetterandwhite.com

/s/ Daniel A. Richards
Daniel A. Richards (0059478)
Weston Hurd LLP
Attorneys for Defendants and Third-party Plaintiffs
The Tower at Erieview
1301 East 9th Street - Suite 1900
Cleveland, Ohio 44114-1862
(216) 687-3256
(216) 621-8369 FAX
DRichards@westonhurd.com

Dated: May 2, 2007

CERTIFICATE OF SERVICE

To:

Gerard M. DeCelles, Esq.
1536 Westminster Street
Providence, RI 02909

I hereby certify that I electronically filed the within Notice To Take Deposition on May 2, 2007. The Notice To Take Deposition is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Timothy M. Bliss