UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CPC PLASTICS, INC.,<br>Plaintiff | ) | |
| v. | ) | C.A. No. 06-452/S |
| KENNETH E. BRYAN, Alias, d/b/a<br>BRYANCO and BRYANCO, LLC,<br>Defendants | ) | |
| v. | ) | |
| CLINTON P. COWEN,<br>Third-party Defendant. | ) | |

**MOTION TO EXTEND TIME TO FILE DISPOSITIVE MOTION**

Defendant Kenneth E. Bryan ("Bryan") moves to extend the deadline to file a dispositive motion in this case. Pursuant to the Court's pretrial order dated January 12, 2007, dispositive motions must be filed by July 10, 2007. Bryan respectfully requests that the deadline to file a dispositive motion in this case be extended by 30 days.

In support of this motion, Bryan states that defense counsel spoke with plaintiff's corporate counsel, who stated that he had no objection to this motion. Bryan further states that his counsel left numerous telephone messages for plaintiff and third-party defendant's counsel of record is this case and advised him by letter of his intent to file this motion, but counsel of record has not responded or voiced any objection thereto. Finally, Bryan and co-defendant Bryanco, LLC have served several discovery requests on plaintiff and third-party defendant that remain outstanding at this time. Bryan submits that the requested extension of time will permit him to review those discovery responses prior to filing his dispositive motion and incorporate any pertinent information therein.

WHEREFORE, Bryan respectfully request that the Court grant his motion to

extend the deadline to file a dispositive motion in this case.

/s/ Timothy M. Bliss
Brooks R. Magratten, Esq., #3585
Timothy M. Bliss, Esq., #6228
VETTER & WHITE
Attorneys for Defendants and Third-party Plaintiffs
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
tbliss@vetterandwhite.com

/s/ Daniel A. Richards
Daniel A. Richards (0059478)
Weston Hurd LLP
Attorneys for Defendants and Third-party Plaintiffs
The Tower at Erieview
1301 East 9th Street - Suite 1900
Cleveland, Ohio 44114-1862
(216) 687-3256
(216) 621-8369 FAX
DRichards@westonhurd.com

Dated: June 28, 2007

CERTIFICATE OF SERVICE

To:

Gerard M. DeCelles, Esq.
1536 Westminster Street
Providence, RI 02909

I hereby certify that I electronically filed the within Motion to Extend Time to File Dispositive Motion on June 28, 2007. The Motion to Extend Time to File Dispositive Motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Timothy M. Bliss