UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CPC PLASTICS, INC.,<br>Plaintiff<br><br>v.<br><br>KENNETH E. BRYAN, Alias, d/b/a<br>BRYANCO and BRYANCO, LLC,<br>Defendants<br><br>v.<br><br>CLINTON P. COWEN,<br>Third-party Defendant | ) | C.A. No. 06-452/S |

**DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY PLAINTIFF CPC PLASTICS, INC. AND THIRD-PARTY DEFENDANT CLINTON P. COWEN**

Defendants and third-party plaintiffs Kenneth E. Bryan and Bryanco, LLC ("Defendants") move pursuant to Fed. R. Civ. P. 37(a) to compel plaintiff CPC Plastics, Inc. ("CPC Plastics") and third-party defendant Clinton P. Cowen ("Cowen") to respond to Defendants' second requests for production of documents. Defendants served their second requests for production of documents on CPC Plastics and Cowen on June 12, 2007. The responses of CPC Plastics and Cowen were due July 12, 2007. To date, Defendants have not received any response from either CPC Plastics or Cowen.

The movant has in good faith attempted to confer with the party not making the disclosure in an effort to secure the documents without Court action.

WHEREFORE, Defendants respectfully request that the Court enter an order compelling CPC Plastics and Cowen to respond to Defendants' second requests for production of documents on or before August 2, 2007.

/s/ Timothy M. Bliss
Brooks R. Magratten, Esq., #3585
Timothy M. Bliss, Esq., #6228
VETTER & WHITE
Attorneys for Defendants and Third-party Plaintiffs
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
tbliss@vetterandwhite.com

/s/ Daniel A. Richards
Daniel A. Richards (0059478)
Weston Hurd LLP
Attorneys for Defendants and Third-party Plaintiffs
The Tower at Erieview
1301 East 9th Street - Suite 1900
Cleveland, Ohio 44114-1862
(216) 687-3256
(216) 621-8369 FAX
DRichards@westonhurd.com

Dated: July 13, 2007

CERTIFICATE OF SERVICE

To:

Gerard M. DeCelles, Esq.
1536 Westminster Street
Providence, RI 02909

I hereby certify that I electronically filed the within Motion To Compel Production of Documents on July 13, 2007. The motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Timothy M. Bliss