UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CPC PLASTICS, INC., Plaintiff | ) |
| v. | ) C.A. No. 06-452/S |
| KENNETH E. BRYAN, Alias, d/b/a BRYANCO and BRYANCO, LLC, Defendants | ) |
| v. | ) |
| CLINTON P. COWEN, Third-party Defendant. | ) |

**DEFENDANTS' MOTION TO EXTEND TIME TO FILE PRETRIAL MEMORANDA**

Defendants hereby move to extend the deadline to file their pretrial memoranda in this case. Pursuant to the Court's pretrial order dated January 12, 2007, as modified on July 2, 2007, pretrial memoranda must be filed by September 10, 2007. Defendants respectfully request that the time to file their pretrial memoranda be extended by 60 days.

In support of this motion, defendants state that neither plaintiff nor third-party defendant have responded to any of defendants' discovery requests, notwithstanding two orders of this Court, dated July 24 and July 31, 2007, compelling them to so respond. On August 7, 2007, defendants filed a motion to dismiss plaintiffs' complaint due to their failure to comply with the Court's orders. Even if the Court dismisses plaintiffs' complaint, however, defendants will still be required to file a pretrial statement with respect to their counterclaims and third-party claims. Defendants submit that the requested extension of time will permit them to review the anticipated discovery responses of plaintiff and third-party defendant prior to filing their pretrial memoranda.

WHEREFORE, Defendants respectfully request that the Court grant their motion to extend the deadline to file their pretrial memoranda in this case.

/s/ Timothy M. Bliss
Brooks R. Magratten, Esq., #3585
Timothy M. Bliss, Esq., #6228
VETTER & WHITE
Attorneys for Defendants and Third-party Plaintiffs
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
tbliss@vetterandwhite.com

/s/ Daniel A. Richards
Daniel A. Richards (0059478)
Weston Hurd LLP
Attorneys for Defendants and Third-party Plaintiffs
The Tower at Erieview
1301 East 9th Street - Suite 1900
Cleveland, Ohio 44114-1862
(216) 687-3256
(216) 621-8369 FAX
DRichards@westonhurd.com

Dated: August 14, 2007

CERTIFICATE OF SERVICE

To:

Gerard M. DeCelles, Esq.
1536 Westminster Street
Providence, RI 02909

I hereby certify that I electronically filed the within Motion to Extend Time to File Dispositive Motion on August 14, 2007. The Motion to Extend Time to File Dispositive Motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Timothy M. Bliss