UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CPC PLASTICS, INC.<br><br>Plaintiff,<br><br>v.<br><br>KENNETH E. BRYAN, Alias, d/b/a BRYANCO and BRYANCO, LLC<br><br>Defendant<br><br>v.<br><br>CLINTON P. COWEN<br><br>Third-Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 06-452/S |

**DEFENDANTS' MOTION TO EXTEND TIME TO FILE PRETRIAL MEMORANDA**

Now come Defendants, and hereby move this Court to extend the deadline to file their Pretrial Memoranda in this case from January 8, 2007 until February 23, 2008.

In support of this Motion, Defendants state that a Motion to Dismiss and for Sanctions is pending before the Court stemming from the Plaintiff's and Third-Party Defendant's failure to provide discovery or to comply with this Court's Orders granting Defendants' Motions to Compel. The outcome of this pending motion could change the complexion of this case and the legal issues and arguments which need to be presented. For this reason, it is premature for the Defendants to file their Pretrial Memoranda at this time. Defendants respectfully request an additional forty-five days until February 23, 2008 to file their Pretrial Memoranda.

Wherefore, Defendants respectfully request that the Court grant their Motion to Extend the Deadline to File their Pretrial Memoranda in this case.

Respectfully submitted,

/s/ Timothy M. Bliss
Brooks R. Magratten, Esq. #3583
Timothy M. Bliss, Esq. #6228
VETTER & WHITE
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 (fax)
bmagratten@vetterandwhite.com
tbliss@vetterandwhite.com
Attorneys for Defendant

/s/ Daniel A. Richards
Daniel A. Richards (0059478)
Weston Hurd LLP
The Tower at Erieview
1301 East 9th Street, Suite 1900
Cleveland, Ohio 44114-1862
(216) 687-3256
(216) 621-8369 (fax)

Date: December 27, 2007

**CERTIFICATE OF SERVICE**

To:

Gerard M. DeCelles, Esq.
1536 Westminster Street
Providence, RI 02909

I hereby certify that I electronically filed the within Motion to Extend Time to File Pretrial Memoranda on December 27, 2007. The Motion to Extend Time to File Pretrial Memoranda is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Timothy M. Bliss