UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CPC Plastics, Inc.
Plaintiff,

v. C.A. No. 06-452S

Kenneth E. Bryan, Alisa, d/b/a
Bryanco and Bryanco, LLC,
Defendants and
Third-Party Plaintiffs

v.

Clinton P. Cowen,
Third-Party Defendant

**ORDER**

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on April 3, 2008 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Defendants' Motion to Dismiss is GRANTED.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 4/23/08