# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CPC PLASTICS, INC.,<br>Plaintiff<br><br>v.<br><br>KENNETH E. BRYAN, Alias, d/b/a<br>BRYANCO and BRYANCO, LLC,<br>Defendants<br><br>v.<br><br>CLINTON P. COWEN,<br>Third-party Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 06-452/S |

**AFFIDAVIT OF TIMOTHY M. BLISS IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS**

STATE OF RHODE ISLAND )
) ss:
COUNTY OF PROVIDENCE )

Timothy M. Bliss, Esquire, being duly sworn, says:

1. I am an attorney duly licensed to practice in the State of Rhode Island.

2. This affidavit is made in support of defendants' motion for attorneys' fees and costs.

3. I am an attorney in the law firm of Vetter & White. I have practiced law since 1999, and I am frequently involved in commercial litigation matters.

4. I have reviewed the billing statements for this matter from Vetter & White. I have personal knowledge of the facts attested to herein.

5. According to Vetter & White's time and expense records from June 1, 2007 through April, 30, 2008, the time spent by me and others at Vetter & White in connection with defendants' two motions to compel, their motion to dismiss plaintiff's complaint and this motion for attorneys' fees and costs (collectively, the "Motions") totals $17,805.75 in attorneys' fees plus $920.34 in costs, for a total amount of $18,726.09.

6. In addition to the costs set forth in the attached time and expense records, the costs requested include a total of $575.00 in attorneys' fees incurred by Steven M. Richard for the preparation of his affidavit submitted in connection with this motion. Mr. Richard's fees represent a total of 2.5 hours of work, billed at the rate of $230.00 per hour.

7. I have worked on this matter with Brooks R. Magratten, Esquire, who is a partner at Vetter & White. He has practiced law since 1987 and frequently handles commercial litigation matters.

8. Vetter & White bills defendants on a monthly basis for all legal fees incurred during the preceding month. Time worked by Brooks R. Magratten is charged at a rate of $230.00 per hour, while time worked by Timothy M. Bliss is charged at a rate of $175.00 per hour.

9. Vetter & White's attorneys' fees and costs incurred in connection with the Motions are an accurate, proper and reasonable total fee for this matter given the nature of the Motions and the noncompliance of the adverse parties.

10. The rates charged for each time-keeper are reasonable given their experience and are consistent with the rates customarily charged by counsel in like cases.

Timothy M. Bliss

Timothy M. Bliss

Subscribed and sworn to before me
this 8th day of May, 2008.

Michael J. Daly, Notary Public
My Commission Expires: 5/8/08