# EXHIBIT D

VETTER & WHITE
*Attorneys at Law*

20 Washington Place
Providence, RI 02903
401-421-3060

Fax: 401-272-6803
e-mail: A/R@vetterandwhite.com

[redacted]

Bryanco, LLC
[redacted]

July 06, 2007
[redacted]

Statement #: 17012
Re: CPC Plastics, Inc.
Services through June 30, 2007

Professional services

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/1/2007 | TMB | [redacted] | [redacted] | [redacted] |
| 6/5/2007 | TMB | Researched case law re refusal to answer questions at deposition and possible sanctioons for same; Drafted correspondence to Mssrs. DeCelles and Mr. Nicholson re failure of Mr. Cowen and Mr. Hague to answer deposition questions and potential motion to reconvene depositions; | 4.75 | 831.25 |
| 6/6/2007 | TMB | Continued drafting correspondence to Mssrs. DeCelles and Nicholson re refusal of Cowen and Hague to answer deposition questions; Drafted interrogatories concerning questions not answered; Drafted electronic correspondence to Mr. Richards resame | 2.50 | 437.50 |
| 6/11/2007 | BRM | Edit discovery requests | 0.20 | 46.00 |
| | TMB | Reviewed electronic correspondence from Mr. Richards re recently completed depositions of CPC Plastics' employees and additional discovery to be served in connection therewith; Revsed interrogatories to Mr. Cowen and CPC Plastics; Drafted requests for production of documents to Mr. Cowen and CPC Plastics | 2.20 | 385.00 |
| 6/12/2007 | TMB | Revised correspondence to Mr. DeCelles re discovery issues; drafted second set of requests for production of documents to CPC Plastics and Mr. Cowen; drafted electronic correspondence to Mssrs. DeCelles and Nicholson re discovery issues; drafted electronic correspondence to Mr. Richards re same | 3.75 | 656.25 |

VETTER & WHITE
*Attorneys at Law*

Bryanco, LLC



| | | | Hours | Amount |
|---|---|---|---|---|
| 6/12/2007 | BRM | Attn m/compel, follow-up discovery requests | 0.25 | 57.50 |
| 6/14/2007 | BRM | | | |
| | TMB | | | |
| 6/15/2007 | TMB | | | |
| 6/19/2007 | TMB | | | |
| 6/20/2007 | TMB | | | |
| 6/21/2007 | TMB | | | |
| 6/25/2007 | BRM | | | |
| | TMB | | | |

VETTER & WHITE
*Attorneys at Law*

Bryanco, LLC



| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 6/26/2007 | TMB | | | |
| 6/27/2007 | TMB | [redacted] T/c/t Mr. DeCelles re motion for summary judgment and outstanding discovery; T/c/w Mr. Nicholson re same; [redacted] | [redacted]<br>.4 | [redacted]<br>$70.00 |
| 6/28/2007 | BRM | [redacted] | [redacted] | [redacted] |
| | TMB | [redacted] drafted correspondence to Mr. DeCelles re extension for filing m/s.j. and failure to respond to discovery; t/c/w Mr. Nicholson re same; drafted motion for extension for time to file dispositive motion; [redacted] | [redacted]<br>2.25 | [redacted]<br>$393.75 |
| 6/29/2007 | TMB | | | |

[redacted]

$2,877.25

VETTER & WHITE
*Attorneys at Law*

Bryanco, LLC 

Additional charges:

| | Amount |
|---|---|
| E101 Copying | [redacted] |
| E104 Long Distance Fascimile | |
| E106 On-Line Research | |
| E108 Postage | |
| **Total costs** | [redacted] |
| **Total amount of this bill** | [redacted] |
| | $2,877.25 |

Attorney Summary

| Name | Hours | Amount |
|---|---|---|
| Brooks R. Magratten (Partner) | [redacted] | [redacted] |
| Timothy M. Bliss (Associate) | | |

VETTER & WHITE
*Attorneys at Law*

20 Washington Place
Providence, RI 02903
401-421-3060

Fax: 401-272-6803
e-mail: A/R@vetterandwhite.com

[redacted]

Bryanco, LLC
[redacted]

August 08, 2007
[redacted]

Statement #: 17081
Re: CPC Plastics, Inc.
Services through July 31, 2007

Professional services

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 7/2/2007 | TMB | Reviewed and responded to electronic correspondence from Mr. Richards and Mr. and Ms. Bryan re various issues; Reviewed local and federal rules re motion to compel; Drafted motion to compel responses to discovery by plaintiffs; Drafted correspondence to Mr. DeCelles re same; [redacted] | [redacted] 3.25 | [redacted] $568.75 |
| | BRM | Attn order re: deadline for msj; m/compel discovery responses | 0.20 | 46.00 |
| 7/3/2007 | TMB | Revised motion to compel discovery by CPC Plastics and Mr. Cowen; Filed same; [redacted] | [redacted] 2.25 | [redacted] $393.75 |
| 7/5/2007 | TMB | | | |
| 7/9/2007 | TMB | | | |

VETTER & WHITE
*Attorneys at Law*

Bryanco, LLC



| | | | Hours | Amount |
|---|---|---|---|---|
| 7/11/2007 | BRM | Attn filing m/compel, status of discovery | 0.20 | 46.00 |
| | TMB | Reviewed notice from court re motion to compel and issues re same; drafted electronic correspondence to Mr. and Ms. Bryan summarizing recent developments in case and suggesting next steps; t/c/w Mr. Bryan re same; drafted electronic correspondence to Mr. Richards re issues discussed with Mr. Bryan and t/t discuss same | 1.30 | 227.50 |
| 7/12/2007 | TMB | Drafted and responded to electronic correspondence from Mr. Richards and Mr. Bryan re case | 0.50 | 87.50 |
| 7/13/2007 | TMB | Drafted motion to compel responses to second sets of discovery requests; Drafted correspondence to Judge Smith re motions to compel filed by defendants; T/c/t Mr. DeCelles re same; Drafted correspondence to Mr. DeCelles re motions to compel; [redacted] Filed motions to compel | [redacted] 2.0 | [redacted] $350.00 |
| | BRM | | | |
| 7/16/2007 | TMB | | | |
| 7/17/2007 | BRM | | | |
| 7/18/2007 | BRM | | | |
| | TMB | | | |
| 7/19/2007 | TMB | | | |
| 7/20/2007 | TMB | | | |

VETTER & WHITE
*Attorneys at Law*

Bryanco, LLC 

| | | | Hours | Amount |
|---|---|---|---|---|
| | | [redacted] | | |
| 7/24/2007 | BRM | Attn order granting discovery motions, c/w TMB re: next steps | 0.25 | 57.50 |
| | TMB | Reviewed order from Magistrate Martin re motion to compel; Reviewed materials re local rules and motion to dismiss; T/c/w Mr. Richards re order and strategy for resolution of case; Drafted electronic correspondence to Mr. and Ms. Bryan re order re motion to compel, potential next steps and t/c to discuss same | 2.30 | 402.50 |
| 7/25/2007 | TMB | [redacted] | [redacted] | [redacted] |
| 7/26/2007 | TMB | T/c/w Mr. Richards and Mr. and Ms. Bryan re strategy for motion to dismiss and next steps in case; Attention to issues re motion to dismiss; Researched case law re same | 2.20 | 385.00 |
| 7/31/2007 | BRM | Attn order on m/compel; attn possible m/dismiss | 0.25 | 57.50 |
| | TMB | Reviewed order from Magistrate Martin re second motion to compel discovery responses; Researched case law re dismissal of claims as sanction for failure to produce discovery; Drafted electronic correspondence to Mr. Richards and Mr. and Ms. Bryan re motion to dismiss claims and considerations re same | 1.60 | 280.00 |
| | | | [redacted] | [redacted] |

Additional charges:

| | |
|---|---|
| E101 Copying | [redacted] |
| E104 Long Distance Fascimile | |
| E106 On-Line Research | |
| E107 Delivery Services | |
| E108 Postage | |
| **Total costs** | [redacted] |
| **Total amount of this bill** | [redacted] |

$2,902.00

VETTER & WHITE
*Attorneys at Law*

Bryanco, LLC



Attorney Summary

| Name | Hours | Amount |
| --- | --- | --- |
| Brooks R. Magratten (Partner) | [redacted] | [redacted] |
| Timothy M. Bliss (Associate) | | |

VETTER & WHITE
*Attorneys at Law*

20 Washington Place
Providence, RI 02903
401-421-3060

Fax: 401-272-6803
e-mail: A/R@vetterandwhite.com

[redacted]

Bryanco, LLC
[redacted]

September 11, 2007
[redacted]

Statement #: 17162
Re: CPC Plastics, Inc.
Services through August 31, 2007

<u>Professional services</u>

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 8/6/2007 | TMB | Researched case law and other materials re motion to dismiss; Reviewed and responded to electronic correspondence from Mr. and Ms. Bryan re motion to dismiss and issues re same; T/c/w Mr. and Ms. Bryan re motion and issues re same; Drafted motion to dismiss complaint of CPC Plastics and memorandum in support thereof; C/w BRM re same | 3.50 | 612.50 |
| | BRM | Attn m/dismiss for discovery violations | 0.20 | 46.00 |
| 8/7/2007 | TMB | Continued researching case law re motion to dismiss complaint of CPC Plastics for failure to comply with Court orders; Drafted correspondence to Mr. DeCelles re motion to dismiss; Drafted electronic correspondence to Mr. Richards and Mr. and Ms. Bryan re motion to dismiss; Filed motion to dismiss | 4.25 | 743.75 |
| 8/8/2007 | TMB | Drafted, reviewed and replied to electronic correspondence from Mr. and Ms. Bryan re motion to dismiss and related issues; Memo to BRM re same | 0.45 | 78.75 |
| 8/9/2007 | TMB | T/c/w Mr. Nicholson re outstanding discovery and issues re same; Attention to outstanding requests; Drafted correspondence to Mr. Nicholson re same | 0.70 | 122.50 |
| 8/10/2007 | TMB | T/c/w Mr. Nicholson re motions to compel and outstanding discovery | 0.25 | 43.75 |

VETTER & WHITE
*Attorneys at Law*

Bryanco, LLC 

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/14/2007 | BRM | c/w TMB re: m/enlarge pretrial memo filing deadline, case status | 0.20 | 46.00 |
| | TMB | Drafted motion for extension of time to file pretrial memoranda; Reviewed local rules re same; Drafted correspondence to Mr. DeCelles re same; Filed same; C/w BRM re motion and next steps | 2.20 | 385.00 |
| 8/15/2007 | TMB | Drafted and responded to electronic correspondence to/from Mr. Richards re motion to extend time to file pretrial memoranda; Drafted electronic correspondence to Mr. and Ms. Bryan re same; T/c/w Mr. Nicholson re outstanding discovery asnd pending motion to dismiss; Drafted electronic correspondence to Mr. Richards et al. re same | 1.40 | 245.00 |
| 8/17/2007 | TMB | Reviewed memo re t/c/w Mr. Nicholson; Attention to file | 0.20 | 35.00 |
| 8/20/2007 | BRM | attn status of m/dismiss, Nicholson call | 0.20 | 46.00 |
| 8/22/2007 | TMB | T/c/t Mr. Richards re failure of CPC Plastics to respond to discovery and potential responses to same; T/c/w Mr. Nicholson re same; Reviewed order of court re motion for extension of time to file pretrial memorandum; Drafted electronic correspondence to Mr. and Ms. Bryan re same | 1.10 | 192.50 |
| 8/23/2007 | BRM | Attn ct order on m/extension | 0.10 | 23.00 |
| 8/24/2007 | TMB | Reviewed District Court file re motion to dismiss; Attention to applicable rules of procedure and case law re same; Drafted electronic correspondence to Mr. and Ms. Bryan re same | 0.70 | 122.50 |
| 8/27/2007 | BRM | c/w TMB re: m/dismiss, status of discovery | 0.20 | 46.00 |
| | TMB | Drafted electronic correspondence to Mr. and Ms. Bryan re status of case; Attention to issue re potential additional motions to be filed to induce court to rule on motion to dismiss | 0.70 | 122.50 |
| 8/28/2007 | TMB | Reviewed court docket; Drafted electronic correspondence to Mr. and Ms. Bryan re status of motion to dismiss; Drafted, reviewed and replied to electronic correspondence from Mr. Richards re same | 0.45 | 78.75 |
| 8/29/2007 | TMB | Reviewed electronic correspondence from Ms. Bryan re status of case; Drafted memo re issues concerning motion to dismiss | 0.30 | 52.50 |

VETTER & WHITE
*Attorneys at Law*

Bryanco, LLC 

| | Hours | Amount |
|---|---|---|
| | 17.10 | **$3,042.00** |
| Additional charges: | | |
| E105 long distance telephone | | 1.99 |
| E106 On-Line Research | | 19.91 |
| E108 Postage | | 0.58 |
| **Total costs** | | **$22.48** |
| **Total amount of this bill** | | **$3,064.48** |

Attorney Summary

| Name | Hours | Amount |
|---|---|---|
| Brooks R. Magratten (Partner) | 0.90 | $207.00 |
| Timothy M. Bliss (Associate) | 16.20 | $2,835.00 |

VETTER & WHITE
*Attorneys at Law*

20 Washington Place
Providence, RI 02903
401-421-3060

Fax: 401-272-6803
e-mail: A/R@vetterandwhite.com

[redacted]

Bryanco, LLC
[redacted]

October 03, 2007
[redacted]

Statement #: 17221
Re: CPC Plastics, Inc.
Services through September 30, 2007

Professional services

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/4/2007 | BRM | Attn status of m/dismiss, pretrial memo deadline | 0.20 | 46.00 |
| | TMB | Memo re issues concerning motion to dismiss and next steps | 0.55 | 96.25 |
| 9/6/2007 | TMB | Reviewed notice from Court re referral of motion to dismiss to Magistrate Martin; T/c/t Mr. Richards re same; Drafted electronic correspondence re same | 0.40 | 70.00 |
| 9/10/2007 | BRM | Attn notice of hrg on m/dismiss | 0.10 | 23.00 |
| | TMB | Reviewed notice from Court re scheduling of hearing on motion to dismiss; Reviewed applicable rules and other materials re hearing; Drafted electronic correspondence to Mr. and Ms. Bryan and Mr. Richards re same | 0.50 | 87.50 |
| 9/11/2007 | BRM | Attn possible request for fee award | 0.20 | 46.00 |
| | TMB | Reviewed and responded to electronic correspondence from Mr. Richards re hearing on motion to dismiss and issues re same; T/c/w Mr. Bryan re hearing; Attention to case law and pleadings re same | 0.60 | 105.00 |
| 9/12/2007 | TMB | Reviewed objection to motion to dismiss and supporting memorandum filed by Mr. DeCelles; T/c/t Mr. Richards re same; Researched case law re motion to strike and motion for sanctions based on untimely objection containing material misrepresentations; c/w BRM re same; Drafted electronic correspondence to Mr. and Ms. Bryan and Mr. Richards re same | 3.20 | 560.00 |

VETTER & WHITE
*Attorneys at Law*

Bryanco, LLC



| | | | Hours | Amount |
|---|---|---|---|---|
| 9/12/2007 | BRM | Attn CPC objection to m/dismiss, possible sanctions claim | 0.25 | 57.50 |
| 9/13/2007 | TMB | Continued review of case law re motion to strike and potential motion for Rule 11 sanctions against Mr. DeCelles; Drafted correspondence to Mr. DeCelles re misrepresentations in objection to motion to dismiss; Reviewed and revised same | 2.75 | 481.25 |
| 9/14/2007 | TMB | T/c/w Mr. Nicholson re correspondence to Mr. DeCelles re potential motion for sanctions based on discovery abuses; Reviewed interrogatory answwers and document responses received from Mr. Nicholson; Drafted correspondence to Mr. DeCelles re same; T/c/t Mr. DeCelles re same; Drafted motion to strike objection of CPC Plastivs; Reviewed court docket in case; Drafted electronic correspondence to Mr. Richards and Mr. and Ms. Bryan re status of case and next steps | 4.25 | 743.75 |
| | BRM | Attn CPC discovery responses, attn motion for sanctions | 0.20 | 46.00 |
| 9/16/2007 | TMB | Reviewed elctronic correspondence from Mr. Richards re objection to motion to compel served by plaintiff and next steps; Drafted response to same | 0.40 | 70.00 |
| 9/17/2007 | TMB | Reviewed notice from Judge Martin rescheduling hearing on motion to dismiss; Drafted electronic correspondence to Mr. Richards re same | 0.30 | 52.50 |
| 9/18/2007 | TMB | Drafted electronic correspondence to Mr. and Ms. Bryan and Mr. Richards re rescheduling of hearing on motion to dismiss and thoughts re same; Drafted, reviewed and responded to electronic correspondence re next steps | 0.50 | 87.50 |
| 9/19/2007 | TMB | Attention to documents produced by CPC Plastics; Drafted correspondence to Mr. and Ms. Bryan re same | 0.75 | 131.25 |
| 9/20/2007 | BRM | Attn pending m/dismiss, next steps | 0.20 | 46.00 |
| | TMB | Drafted, reviewed and responded to electronic correspondence from Mr. Richards re next steps and motion to dismiss | 0.25 | 43.75 |
| | | | 15.60 | **$2,793.25** |

VETTER & WHITE
*Attorneys at Law*

Bryanco, LLC



Additional charges:

| | Amount |
|---|---|
| E101 Copying | 227.70 |
| E104 Long Distance Fascimile | 0.60 |
| E106 On-Line Research | 51.59 |
| E108 Postage | 15.62 |
| **Total costs** | **$295.51** |
| **Total amount of this bill** | **$3,088.76** |

Attorney Summary

| Name | Hours | Amount |
|---|---|---|
| Brooks R. Magratten (Partner) | 1.15 | $264.50 |
| Timothy M. Bliss (Associate) | 14.45 | $2,528.75 |

VETTER & WHITE
*Attorneys at Law*

20 Washington Place
Providence, RI 02903
401-421-3060

Fax: 401-272-6803
e-mail: A/R@vetterandwhite.com

[redacted]

Bryanco, LLC
[redacted]

November 06, 2007
[redacted]

Statement #: 17274
Re: CPC Plastics, Inc.
Services through October 31, 2007

Professional services

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/2/2007 | TMB | Attention to court docket to verify status of case; [redacted] Memo to BRM re same; Drafted electronic correspondence to Mr. and Ms. Bryan re status of case and next steps | [redacted] .5 | [redacted] $87.50 |
| 10/9/2007 | BRM | [redacted] | [redacted] | [redacted] |
| 10/15/2007 | BRM | Attn hrg on m/dismiss | 0.20 | 46.00 |
| | TMB | Prepared for hearing re motion to dismiss complaint; Attended hearing before Judge Martin re motion to dismiss; Prepared additional exhibits for Judge Martin; T/c/w Mr. Richards and Mr. Bryan re hearing and results of same | 2.30 | 402.50 |
| 10/17/2007 | TMB | [redacted] | [redacted] | [redacted] |
| | BRM | Attn status of discovery motion, TMB c/w Nicholson re: case status | 0.20 | 46.00 |
| 10/22/2007 | BRM | Attn status of m/dismiss, next steps | 0.20 | 46.00 |
| 10/29/2007 | BRM | Attn case status, pending m/dismiss | 0.20 | 46.00 |
| | TMB | Attention to pleadings index in federal court file and upcoming deadlines; Drafted electronic correspondence to Mr. Richards re next steps; Reviewed and responded to electronic correspondence from Mr. Richards re scheduling of trial in case | 0.45 | 78.75 |

VETTER & WHITE
*Attorneys at Law*

Bryanco, LLC



| | | | Hours | Amount |
|---|---|---|---|---|
| 10/30/2007 | TMB | Drafted and responded to electronic correspondence from Mr. Richards re pretrial memorandum | 0.25 | 43.75 |
| 10/31/2007 | TMB | T/c/w Mr. Richards re merits of motion for extension to file pretrial memorandum and issues re same; T/c/w Mr. Bryan re same; C/w BRM re same | 0.50 | 87.50 |
| | | | [redacted] | [redacted] |

Additional charges:

| | |
|---|---|
| E101 Copying | [redacted] |
| E106 On-Line Research | |
| E108 Postage | |
| **Total costs** | [redacted] |
| **Total amount of this bill** | [redacted] |
| | $884.00 |

Attorney Summary

| Name | Hours | Amount |
|---|---|---|
| Brooks R. Magratten (Partner) | [redacted] | [redacted] |
| Timothy M. Bliss (Associate) | | |

VETTER & WHITE
*Attorneys at Law*

20 Washington Place
Providence, RI 02903
401-421-3060

Fax: 401-272-6803
e-mail: A/R@vetterandwhite.com

[redacted]

Bryanco, LLC
[redacted]

December 06, 2007
[redacted]

Statement #: 17346
Re: CPC Plastics, Inc.
Services through November 30, 2007

Professional services

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/1/2007 | BRM | Attn preparation and filing of pretrial memo | 0.20 | 46.00 |
| 11/9/2007 | BRM | t/c/w Richards re: pretrial memo, m/dismiss; review and file m/extend deadline for pretrial memo | 0.30 | 69.00 |
| | TMB | T/f Mr. Richards re motion for extension of time to file pretrial memo; reviewed and responded to electronic correspondence from BRM and Mr. Richards re same; reviewed notice from court re same | 0.30 | 52.50 |
| 11/13/2007 | BRM | Attn status of m/dimsiss; attn enlargment of deadline for pretrial memo | 0.20 | 46.00 |
| | TMB | Reviewed order from Judge Smith granting extension to file pretrial memorandum; Drafted electronic correspondence to Mr. Richards re same | 0.20 | 35.00 |
| 11/26/2007 | BRM | Attn status of m/dismiss, next steps | 0.25 | 57.50 |
| | TMB | Reviewed and responded to electronic correspondence from Mr. and Ms. Bryan re status of case and next steps; Reviewed and responded to electronic correspondence from Mr. Richards re same | 0.40 | 70.00 |
| | | | 1.85 | **$376.00** |

Additional charges:

| | |
|---|---|
| E105 long distance telephone | 1.69 |
| E108 Postage | 0.82 |

VETTER & WHITE
*Attorneys at Law*

Bryanco, LLC 

| | Amount |
|---|---|
| **Total costs** | **$2.51** |
| **Total amount of this bill** | **$378.51** |

Attorney Summary

| Name | Hours | Amount |
|---|---|---|
| Brooks R. Magratten (Partner) | 0.95 | $218.50 |
| Timothy M. Bliss (Associate) | 0.90 | $157.50 |

VETTER & WHITE
*Attorneys at Law*

20 Washington Place
Providence, RI 02903
401-421-3060

Fax: 401-272-6803
e-mail: A/R@vetterandwhite.com

[redacted]

Bryanco, LLC
[redacted]

January 04, 2008
[redacted]

Statement #: 17393
Re: CPC Plastics, Inc.
Services through December 31, 2007

Professional services

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/7/2007 | BRM | Attn status of decision on m/dismiss, pretrial memo | 0.25 | 57.50 |
| 12/20/2007 | TMB | Attn status of m/dismiss, next steps | 0.20 | 35.00 |
| 12/24/2007 | TMB | T/c/w Mr. Richards re pretrial memo and motion for extension of time to file same; Drafted and revised motion for extension; Filed same; Drafted electronic correspondence to Mr. Richards re same | 0.60 | 105.00 |
| 12/27/2007 | BRM | Attn status of m/dismiss, m/ extension for filing PTM | 0.20 | 46.00 |
| | | | 1.25 | **$243.50** |

Additional charges:

| | |
|---|---|
| E105 long distance telephone | 1.51 |
| E106 On-Line Research | 13.17 |
| E108 Postage | 0.82 |
| **Total costs** | **$15.50** |
| **Total amount of this bill** | **$259.00** |

Attorney Summary

| Name | Hours | Amount |
|---|---|---|
| Brooks R. Magratten (Partner) | 0.45 | $103.50 |
| Timothy M. Bliss (Associate) | 0.80 | $140.00 |

VETTER & WHITE
*Attorneys at Law*

20 Washington Place
Providence, RI 02903
401-421-3060

Fax: 401-272-6803
e-mail: A/R@vetterandwhite.com

[redacted]

Bryanco, LLC
[redacted]

February 08, 2008
[redacted]

Statement #: 17511
Re: CPC Plastics, Inc.
Services through January 31, 2008

Professional services

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/2/2008 | TMB | T/c/w Judge Martin's clerk re motion to dismiss and status of same; Drafted electronic correspondence to Mr. Richards re same | 0.30 | 52.50 |
| | BRM | Attn status of pending m/dismiss, next steps | 0.20 | 46.00 |
| 1/3/2008 | TMB | Reviewed order granting motion for extension of time to file pretrial memo; Drafted electronic correspondence to Mr. Richards re same | 0.20 | 35.00 |
| 1/9/2008 | TMB | Reviewed and responded to electronic correspondence from Ms. Bryan re status of case and next steps | 0.30 | 52.50 |
| 1/14/2008 | BRM | Attn status of m/dismiss, nest steps | 0.20 | 46.00 |
| | | | 1.20 | **$232.00** |

Additional charges:

| | |
|---|---|
| E106 On-Line Research | 6.47 |
| E108 Postage | 0.41 |
| **Total costs** | **$6.88** |
| **Total amount of this bill** | **$238.88** |

Attorney Summary

| Name | Hours | Amount |
|---|---|---|
| Brooks R. Magratten (Partner) | 0.40 | $92.00 |

VETTER & WHITE
*Attorneys at Law*

Bryanco, LLC 

| Name | Hours | Amount |
|---|---|---|
| Timothy M. Bliss (Associate) | 0.80 | $140.00 |

VETTER & WHITE
*Attorneys at Law*

20 Washington Place
Providence, RI 02903
401-421-3060

Fax: 401-272-6803
e-mail: A/R@vetterandwhite.com

I.D. # 05-0391104

Bryanco, LLC
c/o Daniel A. Richards, Esq.
Weston Hurd, LLP
1301 East 9th Street, Suite 1900
Cleveland OH 44114-1862

March 05, 2008
1065-3449

Statement #: 17579

Re: CPC Plastics, Inc.

Services through February 29, 2008

Professional services

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/12/2008 | TMB | Reviewed electronic correspondence from Mr. Richards re pretrial statement and status of case; Attention to issues re same | 0.30 | 52.50 |
| 2/15/2008 | TMB | Reviewed and responded to electronic correspondence from Mr. Richards re status of case and pretrial memorandum; Attention to issues re pretrial memorandum; Drafted electronic correspondence to Mr. Richards re same | 0.40 | 70.00 |
| 2/21/2008 | TMB | Reviewed and responded to electronic correspondence from Mr. Richards re pretrial memorandum; attention to issues re same | 0.25 | 43.75 |
| 2/25/2008 | TMB | Drafted, reviewed and revised motion for extension to file pretrial memo; Filed same; Drafted electronic correspondence to Mr. Richards re same | 0.40 | 70.00 |
| 2/29/2008 | BRM | Attn l/f DeCelles re: discovery; status of pending m/dismiss | 0.20 | 46.00 |
| | | | 1.55 | **$282.25** |

Additional charges:

| | |
|---|---|
| E108 Postage | 0.82 |
| **Total costs** | **$0.82** |
| **Total amount of this bill** | **$283.07** |

VETTER & WHITE
*Attorneys at Law*

Bryanco, LLC 

Attorney Summary

| Name | Hours | Amount |
|---|---|---|
| Brooks R. Magratten (Partner) | 0.20 | $46.00 |
| Timothy M. Bliss (Associate) | 1.35 | $236.25 |

VETTER & WHITE
*Attorneys at Law*

20 Washington Place
Providence, RI 02903
401-421-3060

Fax: 401-272-6803
e-mail: kmsteinkamp@vetterandwhite.com

I.D. # 05-0391104

Bryanco, LLC
c/o Daniel A. Richards, Esq.
Weston Hurd, LLP
1301 East 9th Street, Suite 1900
Cleveland OH 44114-1862

April 07, 2008
1065-3449

Statement #: 17654

Re: CPC Plastics, Inc.

Services through March 31, 2008

Professional services

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/4/2008 | TMB | Reviewed order from court granting motion for extension of time to file pretrial memo; t/c/w Mr. Richards re same | 0.30 | 52.50 |
| 3/14/2008 | TMB | C/w Mr. DeCelles re status of case; t/c/w Mr. Richards re same | 0.40 | 70.00 |
| 3/17/2008 | BRM | Attn status of pending m/dismiss, pretrial memo deadline | 0.20 | 46.00 |
| 3/21/2008 | TMB | T/c/f Mr. Richards re motion for extension of time to file pretrial statement; revised motion for extension of time to file pretrial memo and supporting memo; filed same | 0.30 | 52.50 |
| 3/26/2008 | BRM | Attn order extending pretrial deadline | 0.10 | 23.00 |
| | TMB | Reviewed order of court granting motion for extension of time to file pretrial statement | 0.10 | 17.50 |
| | | | 1.40 | **$261.50** |

Additional charges:

| | |
|---|---|
| E108 Postage | 1.23 |
| **Total costs** | **$1.23** |
| **Total amount of this bill** | **$262.73** |

VETTER & WHITE
*Attorneys at Law*

Bryanco, LLC 

Attorney Summary

| Name | Hours | Amount |
|---|---|---|
| Brooks R. Magratten (Partner) | 0.30 | $69.00 |
| Timothy M. Bliss (Associate) | 1.10 | $192.50 |

VETTER & WHITE
*Attorneys at Law*

20 Washington Place
Providence, RI 02903
401-421-3060

Fax: 401-272-6803
e-mail: kmsteinkamp@vetterandwhite.com

[redacted]

Bryanco, LLC
[redacted]

May 02, 2008
[redacted]

Statement #: 17744
Re: CPC Plastics, Inc.
Services through April 30, 2008

Professional services

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 4/3/2008 | BRM | Attn to Report & Recommendation on m/dismiss, next steps | 0.25 | 57.50 |
| | TMB | Reviewed and analyzed report and recommendation of Magistrate Martin re Mot. To Dismiss; T/c/w Mr. Bryan re same; T/c/t Mr. Richards re same; Drafted, reviewed and responded to electronic correspondence from Mssrs. Bryan and Richards re same; Reviewed and analyzed applicable local rules re motion for attorneys fees; Attention to case law and other materials re same | 4.25 | 743.75 |
| 4/11/2008 | TMB | Attention to attorneys' fees incurred in connection with motions to compel and motion to dismiss; Drafted motion for attorneys' fees; Attention to local rules re same; Drafted affidavit in support of motion; Drafted electronic correspondence to Mr. Richards re same | 2.80 | 490.00 |
| 4/14/2008 | BRM | Attn fee petition, next steps | 0.20 | 46.00 |
| 4/15/2008 | TMB | Reviewed and responded to electronic correspondence to/from Mssrs. Richards and Bryan re decision of Judge Martin and motion for attorneys' fees | 0.30 | 52.50 |
| 4/16/2008 | TMB | Continued drafting motion for attorneys' fees and supporting memo; Drafted, reviewed and responded to electronic correspondence from Mr. Richards re same; Memo to BRM re same; T/c/w Mr. Richards and Mr. Bryan re same; Attention to issues re [redacted] T/c/w Mr. Kogen and Mr. Eberling re affidavit in support of motion for attorneys' fees | 4.25 | 743.75 |

VETTER & WHITE
*Attorneys at Law*

Bryanco, LLC



| | | | Hours | Amount |
|---|---|---|---|---|
| 4/17/2008 | TMB | Attention to issues re motion for attorneys' fees; T/c/w Steven Richard re affidavit in support of same; Drafted memorandum in support of motion and supporting affidavits | 1.75 | 306.25 |
| 4/22/2008 | TMB | Continued drafting, review and revision of motion for attorneys fees and documents in support of same; Memo to BRM re same; Drafted, reviewed and responded to electronic correspondence from Mr. Richards re same | 2.60 | 455.00 |
| | BRM | Attn to fee petition | 0.20 | 46.00 |
| 4/23/2008 | TMB | Reviewed and responded to electronic correspondence from Mr. and Ms. Bryan re status of decision on motion to dismiss, fee petition to be filed after entry of same and next steps | 0.40 | 70.00 |
| 4/24/2008 | TMB | Reviewed Order from Judge Smith accepting Judge Martin's Report and Recommendation; T/c/w Mr. Richards re same; Drafted, reviewed and responded to electronic correspondence from Mr. Richards re same; T/c/w Steve Richard re affidavit in support of petition for attorneys' fees; Researched R.I.G.L. 9-1-45 and issues re potential award of attorneys' fees for entire case | 1.90 | 332.50 |
| 4/28/2008 | TMB | T/c/w Mr. Richards re motion for attorneys fees and issues re same; Drafted, reviewed and responded to electronic correspondence to/from Mr. Richards re affidavit re reasonableness of fees; Revised motion; Reviewed applicable time records and identified fees to be requested; C/w Mr. Richards re same | 3.25 | 568.75 |
| | | | 22.15 | **$3,912.00** |

| | |
|---|---|
| Additional charges: | |
| E108 Postage | 0.41 |
| **Total costs** | **$0.41** |
| **Total amount of this bill** | **$3,912.41** |

Attorney Summary

| Name | Hours | Amount |
|---|---|---|
| Brooks R. Magratten (Partner) | 0.65 | $149.50 |

VETTER & WHITE
*Attorneys at Law*

Bryanco, LLC



| Name | Hours | Amount |
|---|---|---|
| Timothy M. Bliss (Associate) | 21.50 | $3,762.50 |