# EXHIBIT E

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CPC PLASTICS, INC.,<br>Plaintiff<br><br>v.<br><br>KENNETH E. BRYAN, Alias, d/b/a<br>BRYANCO and BRYANCO, LLC,<br>Defendants<br><br>v.<br><br>CLINTON P. COWEN,<br>Third-party Defendant | ) | C.A. No. 06-452/S |

**AFFIDAVIT OF STEVEN M. RICHARD**

STATE OF RHODE ISLAND )
) ss:
COUNTY OF PROVIDENCE )

Steven M. Richard, Esquire, being duly sworn, says:

1. I am an attorney duly licensed to practice in the State of Rhode Island.

2. I am a member of bars of the States of Rhode Island and Connecticut and the Commonwealth of Massachusetts. At the federal level, I admitted to the bars of the United States Courts of Appeal for the First and Second Circuits and the United Stated District Courts for the Districts of Rhode Island, Massachusetts and Connecticut. I have been a member of the bar of this Court since 1991.

3. This affidavit is made in connection with Defendants' motion for attorneys' fees and costs. I have no interest in the outcome of this case.

4. I am an attorney in the law firm of Nixon Peabody LLP. I have practiced law since 1989. I regularly practice in the United States District Court for the District of Rhode

Island, as well as federal courts in Massachusetts and Connecticut.

5. I am an active member of the Rhode Island Bar Association's Federal District Court Bench-Bar Committee and the Federal Bar Association.

6. I am experienced in handling all types of commercial litigation, including cases similar to this action.

7. I am familiar with the usual and customary charges by attorneys in the community who have comparable experience in similar cases.

8. I have reviewed this Court's Report and Recommendation in this action dated April 3, 2008 and the defendants' motion for attorneys' fees and costs, including the attached billing statements from Vetter & White.

9. Vetter & White's attorneys' fees and costs billed in connection with defendants' motions to compel, motion to dismiss and this motion for attorneys' fees and costs are a reasonable total fee for this matter given the nature of the proceedings and the underlying facts and circumstances.

10. The rates charged for each time-keeper are reasonable given their experience and are consistent with the rates customarily charged by counsel in like cases.

Steven M. Richard

Steven M. Richard

Subscribed and sworn to before me, the undersigned officer, in Providence, Rhode Island on the 8th day of May, 2008.

Collette R. Palmer

Notary Public
My Commission Expires: 3/16/2010