**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CPC PLASTICS, INC.**
**Plaintiff**

**v.** **C.A. NO: 06-452/S**

**KENNETH E. BRYAN, Alias, d/b/a**
**BRYANCO and BRYANCO, LLC.**
**Defendant**

**v.**

**CLINTON P. COWEN**
**78 West Shore Drive**
**Exeter, Rhode Island 02822**
**Third-Party Defendant**

**MOTION FOR EXTENSION OF TIME**
**TO FILE MEMORANDUM**

Now come **CPC PLASTICS, INC.**, Plaintiff, **CLINTON P. COWEN**, Third Party Defendant and their counsel and hereby move this Court to extend the deadline to file their memorandum in support of their objection to Defendant's Motion for Sanctions.

The reason for said extension is that more time is necessary to respond to Defendant's legal and factual contentions. Plaintiff, Third Party Defendant and counsel respectfully request an additional thirty (30) days, to and including June 18, 2008.

**CPC PLASTICS, INC.**
**Plaintiff**
**CLINTON P. COWEN**
**Third Party Defendant**
By their attorney,

/s/ [signature]
Gerard M. DeCelles, #1394
1536 Westminster Street
Providence, RI 02909
Tel (401) 272-8998
Fax (401) 272-4907

## CERTIFICATION

To: Brooks R. Magratten, Esq.
Timothy M. Bliss, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Daniel A. Richards, Esq.
Weston Hurd, LLP
The Tower at Erieview
1301 East 9th Street, Suite 1900
Cleveland, Ohio 44114-1862

I hereby certify that a true copy of the within was mailed to counsel, first-class, postage pre-paid, on this 19th day of May, 2008.

[signature]

rn100-401/23