**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CPC PLASTICS, INC.**
**Plaintiff**

**v.** **C.A. NO: 06-452/S**

**KENNETH E. BRYAN, Alias, d/b/a**
**BRYANCO and BRYANCO, LLC.**
**Defendant**

**v.**

**CLINTON P. COWEN**
**78 West Shore Drive**
**Exeter, Rhode Island 02822**
**Third-Party Defendant**

**OBJECTION TO DEFENDANT'S MOTION FOR SANCTIONS**

Now come **CPC PLASTICS, INC.**, Plaintiff, **CLINTON P. COWEN**, Third Party Defendant, and their counsel in the above encaptioned action, and hereby object to the Motion of Defendant **KENNETH E. BRYAN, Alias d/b/a BRYANCO and BRYANCO, LLC.** for Sanctions.

**CPC PLASTICS, INC.**
**Plaintiff**
**CLINTON P. COWEN**
**Third Party Defendant**
By their attorney,

/s/ [signature]

Gerard M. DeCelles, #1394
1536 Westminster Street
Providence, RI 02909
Tel (401) 272-8998
Fax (401) 272-4907

**CERTIFICATION**

To: Brooks R. Magratten, Esq.
Timothy M. Bliss, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Daniel A. Richards, Esq.
Weston Hurd, LLP
The Tower at Erieview
1301 East 9th Street, Suite 1900
Cleveland, Ohio 44114-1862

I hereby certify that a true copy of the within was mailed to counsel, first-class, postage pre-paid, on this 19th day of May, 2008.

Michele Biagetti